JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MENNIFEE, | Case No. CV 15-05938-DSF (KES) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| W. L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: 1/19/16

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE